**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00183-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONARDO MOCTEZUMA-CASTRO,
    a/k/a Leonardo Moctezuma,
    a/k/a Leonardo Abarea,
    a/k/a Jorge Cuevas,
    a/k/a Jorge Rodriguez-Cueva,
    a/k/a Jorge Rodriguez,
2. RAFAEL VALENTE-RAMIREZ,
    a/k/a Jorge Urrutia-Valle,
    a/k/a Rafael Valente,
    a/k/a Rafael Ramirez,
    a/k/a Jorge Urrutia,
    a/k/a Jorge Valle,
    a/k/a Adolfo Alvarez,
    a/k/a Sabastian Grenillo,
    a/k/a Bernal Marcos Ramirez,
    a/k/a Domingo Ramirez-Bibiano,
3. YESENIA ALVAREZ-ALVAREZ,
    a/k/a Olga Yesenia Alvarez-Alvarez,
4. RAFAEL CONTRERAS-GARCIA,
    a/k/a Jose Rafael Valle,
    a/k/a Jose Anaya,
    a/k/a Rufino Valle Jaramillo,
    a/k/a Rafael Contreras,
    a/k/a Rafael Garcia,
    a/k/a Rafael Anaya,
5. JUAN BAILON-MENDOZA,
    a/k/a Diego Bailon-Valente,
6. ESTEBAN BENITEZ-CONTRERAS,
    a/k/a Juan Jimenez,
    a/k/a Bartolo Araiza-Hernandez,

    Defendants.

**ORDER SETTING TRIAL DATES AND DEADLINES**

This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **May 8, 2009** and responses to these motions shall be filed by **May 18, 2009**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **June 12, 2009 at 10:00 a.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a two-week jury trial is set for **June 29, 2009 at 9:00 a.m.**, in Courtroom A602.

DATED:  April 24, 2009         BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge