**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00183-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONARDO MOCTEZUMA-CASTRO,
    - a/k/a Leonardo Moctezuma,
    - a/k/a Leonardo Abarea,
    - a/k/a Jorge Cuevas,
    - a/k/a Jorge Rodriguez-Cueva,
    - a/k/a Jorge Rodriguez,
2. RAFAEL VALENTE-RAMIREZ,
    - a/k/a Jorge Urrutia-Valle,
    - a/k/a Rafael Valente,
    - a/k/a Rafael Ramirez,
    - a/k/a Jorge Urrutia,
    - a/k/a Jorge Valle,
    - a/k/a Adolfo Alvarez,
    - a/k/a Sabastian Grenillo,
    - a/k/a Bernal Marcos Ramirez,
    - a/k/a Domingo Ramirez-Bibiano,
3. YESENIA ALVAREZ-ALVAREZ,
    - a/k/a Olga Yesenia Alvarez-Alvarez,
4. RAFAEL CONTRERAS-GARCIA,
    - a/k/a Jose Rafael Valle,
    - a/k/a Jose Anaya,
    - a/k/a Rufino Valle Jaramillo,
    - a/k/a Rafael Contreras,
    - a/k/a Rafael Garcia,
    - a/k/a Rafael Anaya,
5. JUAN BAILON-MENDOZA,
    - a/k/a Diego Bailon-Valente,
6. ESTEBAN CONTRERAS-BENITEZ,
    - a/k/a Esteban Benitez-Contreras,
    - a/k/a Juan Jimenez,
    - a/k/a Bartolo Araiza-Hernandez,

    Defendants.

## ORDER TO VACATE TRIAL AND HEARING DATES

This matter is before the Court *sua sponte*. Each Defendant in this matter has now signed and filed a Notice of Disposition in the above-referenced case. Therefore, the Court hereby

ORDERS that the Motions Hearing/Final Trial Preparation Conference set for September 18, 2009 and the 8-day jury trial set to commence September 28, 2009 are VACATED.

DATED:  September   16   , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge