**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00183-CMA-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LEONARDO MOCTEZUMA-CASTRO,
      a/k/a Leonardo Moctezuma,
      a/k/a Leonardo Abarea,
      a/k/a Jorge Cuevas,
      a/k/a Jorge Rodriguez-Cueva,
      a/k/a Jorge Rodriguez,

      Defendant.

---

**MINUTE ORDER**

---

      Pursuant to a telephone conference between counsel and Chambers staff, the Change of Plea hearing for Defendant Leonardo Moctezuma-Castro is RESET for **January 20, 2010 at 2:30 p.m.** in Courtroom A602 of the Arraj Courthouse**.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **January 13, 2009**.  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.

      DATED:  December 8, 2009